## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JANE P. PRINGLE, individually and in her capacity as a registered voter and Elector, | )<br>)<br>) |
| KENNETH FLETCHER, individually and in his capacity as a registered voter and Elector, | )<br>)<br>) |
| BONNIE S. GOULD, individually and in her capacity as a registered voter and Elector, | )<br>)<br>) |
| BRENDA GARRAND, individually and in her capacity as a registered voter and Elector, | )<br>)<br>) |
| and | )<br>) |
| LAWRENCE WOLD, individually and in his capacity as a registered voter and Elector, | )  Civil Action No. 1:23-cv-00453-NT<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| AARON FREY, Attorney General of the State of Maine, | )<br>)<br>) |
| MAINE COMMISSION ON GOVERNMENTAL ETHICS AND ELECTION PRACTICES, | )<br>)<br>) |
| and | )<br>) |
| WILLIAM J. SCHNEIDER, chairman, DAVID R. HASTINGS, III, member, SARAH LECLAIRE, member, DENNIS MARBLE, member, STACEY D. NEUMANN, member, in their official capacities as members of the Commission on Governmental Ethics and Election Practices, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## CONSENTED TO MOTION FOR LEAVE TO EXCEED PAGE LIMIT

NOW COME, Plaintiffs, Jane Pringle, Kenneth Fletcher, Bonnie S. Gould, Brenda Garrand, and Lawrence Wold, by and through their attorneys as set forth below, and move for leave to file their Motion for Temporary Restraining Order and for Preliminary Injunction consisting of 29 pages, which is 9 pages in excess of the 20-page limit in Local Rule 7(d).

The motion addresses the Initiative's impact on Plaintiffs right and duties as registered voters and Electors as set forth in five statewide Ballot Measures covered by Initiative, requiring review of the terms and standards of each Ballot Measure and the duties and powers they impose on Plaintiffs, the Initiative's impairment of Plaintiffs' ability to fulfill those duties and responsibilities, and, the consequent ways in which the Initiative violates Plaintiffs' rights under the Constitutions of the United States and the State of Maine.  Under these circumstances, good cause exists for relief from Rule 7(d)'s 20-page limit.

Counsel for Defendants Aaron Frey and the Commission on Governmental Ethics and Election Practices, and the individual members of that Commission, have consented to this motion.

Respectfully submitted,

DATED: December 15, 2023

/s/ *Timothy C. Woodcock*
Timothy C. Woodcock, Bar #1663
P. Andrew Hamilton, Bar #2933
Jonathan Pottle, Bar # 4330
*Counsel for Plaintiffs*

EATON PEABODY
80 Exchange Street
Bangor, ME 04401
(207) 992-4318
twoodcock@eatonpeabody.com
ahamilton@eatonpeabody.com
jpottle@eatonpeabody.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of December, 2023, I caused the foregoing document to be served upon all counsel of record via email.

                                              /s/ *Timothy C. Woodcock*